Appendix A

Well Pads on Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 1 | 1 | JUGARD FEDERAL 5-26-35TFH | 30235 |
| 1 | 1 | RIVER RAT 1-23-14H | 30732 |
| 1 | 1 | RIVER RAT 2-23-14H | 30730 |
| 1 | 1 | RIVER RAT 5-23-14TFH | 30733 |
| 1 | 1 | RIVER RAT 6-23-14TFH | 30731 |
| 2 | 3 | JUGHEAD 1-26H | 17864 |
| 2 | 3 | WIZARD 1-35H | 18416 |
| 3 | 4 | JUGHEAD FEDERAL 2-26H | 20229 |
| 3 | 4 | WIZARD 2-35H | 20228 |
| 4 | 5 | HOWITZER 1-25H | 18363 |
| 4 | 5 | SKYBOLT 1-24H | 18287 |
| 5 | 8 | HOWITZER 2-25H | 20422 |
| 5 | 8 | LIGHTNING FEDERAL 2-24-13H | 30413 |
| 5 | 8 | LIGHTNING FEDERAL 6-24-13TFH | 30412 |
| 5 | 8 | LIGHTNING FEDERAL 7-24-13TFH | 30414 |
| 6 | 9 | COUGAR FEDERAL 1-30H | 18195 |
| 6 | 9 | MACHETE 1-19H | 18207 |
| 7 | 11 | BLADE FEDERAL1-18MLH | 28450 |
| 7 | 11 | WALLEYE FEDERAL 12-12-11TF3H | 28668 |
| 8 | 13 | STALLION 2-1-12H | 20203 |
| 8 | 13 | ZEPHYR 2-36H | 20204 |
| 9 | 17 | SNIPER FEDERAL 2-6-7H | 21427 |
| 9 | 17 | SNIPER FEDERAL 5-6-7TFH | 23255 |
| 9 | 17 | WHIRLWIND 2-31H | 21426 |
| 10 | 19 | SNIPER FEDERAL 1-6-7H | 18589 |
| 10 | 19 | WHIRLWIND 1-31H | 18312 |
| 11 | 20 | SPYDER 1-17H | 21121 |
| 11 | 20 | SPYDER 2-17H | 21434 |
| 11 | 20 | SPYDER 3-17H | 21435 |
| 12 | 22 | BAZOOKA 1-20H | 18239 |
| 12 | 22 | MINX 1-29H | 18211 |
| 13 | 23 | BAZOOKA 3-20H | 26442 |
| 13 | 23 | MINX 3-29H | 26441 |
| 14 | 25 | MOOKA 5-29-20TFH | 28621 |
| 14 | 25 | MOOKA 6-29-20TFH | 28620 |
| 14 | 25 | MOOKA 8-29-20TF2H | 28837 |
| 15 | 26 | COYOTE 2-32H | 21596 |
| 15 | 26 | JERICHO 3-5H | 21595 |
| 16 | 27 | COYOTE 3-32H | 25026 |
| 16 | 27 | JERICHO 4-5H | 25027 |
| 17 | 29 | HUNTER 1-8-17H | 18575 |
| 17 | 29 | HUNTER 6-8-17TFH | 24920 |

Appendix A

Well Pads on Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 17 | 29 | HUNTER 7-8-17TFH | 24918 |
| 17 | 29 | HUNTER 8-8-17TF2H | 27337 |
| 17 | 29 | JERIYOTE 6-5-32TFH | 24921 |
| 17 | 29 | JERIYOTE 7-5-32TFH | 24919 |
| 18 | 30 | HUNTER 2-8-17H | 19993 |
| 19 | 31 | ALAMO 2-19-18H | 19996 |
| 19 | 31 | ALAMO 3-19-18H | 25050 |
| 19 | 31 | ALAMO 6-19-18TFH | 25049 |
| 20 | 32 | ALAMO 1-19-18H | 18590 |
| 20 | 32 | ALAMO 4-19-18TFH | 26891 |
| 20 | 32 | ALAMO 5-19-18TFH | 26892 |
| 20 | 32 | ALAMO 8-19-18TF2H | 27499 |
| 21 | 35 | CHALLENGER FEDERAL 3-29-32H | 27593 |
| 21 | 35 | CHALLENGER FEDERAL 5-29-32TFH | 27592 |
| 21 | 35 | CHALLENGER FEDERAL 6-29-32TFH | 27594 |
| 21 | 35 | MOLE 3-20H | 27675 |
| 22 | 37 | JAGUAR 2-32H | 20403 |
| 23 | 38 | MOLE 1-20H | 18574 |
| 23 | 38 | SILENCER 1-29H | 18865 |
| 24 | 39 | JAGUAR 1-32H | 19241 |
| 25 | 40 | FOX 1-28H | 17748 |
| 25 | 40 | ZULU 1-21H | 18199 |
| 26 | 41 | FOX 5-28H | 26992 |
| 26 | 41 | ZULU 5-21H | 26991 |
| 26 | 41 | ZULU 6-21TFH | 28208 |
| 27 | 42 | FOX 2-28H | 20855 |
| 27 | 42 | FOX 3-28H | 23199 |
| 27 | 42 | ZULU 2-21H | 20854 |
| 28 | 43 | TARANTULA 1-16H | 18327 |
| 29 | 45 | HOLST 1-33H | 17504 |
| 29 | 45 | HOLST 2-33MLH | 28777 |
| 29 | 45 | HOWO 4-33-4TFH | 28922 |
| 29 | 45 | HOWO 5-33-4TFH | 28924 |
| 29 | 45 | HOWO 8-33-4TF2H | 28923 |
| 30 | 46 | ATLANTIS FEDERAL 1-34-35H | 18595 |
| 31 | 49 | HOWO 2-4-33MLH | 30074 |
| 32 | 50 | PIKE FEDERAL 1-3-2H | 18970 |
| 33 | 51 | PIKE FEDERAL 1 SLH | 29472 |
| 33 | 51 | WOLF 1-4H | 17505 |
| 33 | 51 | WOLF 2-4MLH | 29471 |
| 34 | 52 | BADGER 1-9H | 18617 |
| 35 | 54 | PERISCOPE FEDERAL 1-10-11-12H | 19155 |

Appendix A

Well Pads on Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 36 | 55 | MORAY FEDERAL 1-10H | 18870 |
| 36 | 55 | NEPTUNE 1-15H | 18871 |
| 37 | 56 | NEPTUNE 2-15H | 20154 |
| 39 | 58 | HOWO 6-33-4TFH | 29894 |
| 39 | 58 | HOWO 7-33-4TFH | 29896 |
| 40 | 59 | MUSTANG 2-22H | 20721 |
| 41 | 60 | CRUISER 6-16-9TFH | 27876 |
| 41 | 60 | CRUISER 7-16-9TFH | 27877 |
| 41 | 60 | CRUSADER 1-16H | 18619 |
| 41 | 60 | DIAMONDBACK 1-21H | 18621 |
| 41 | 60 | MUSTANG 1 SLH | 27887 |
| 42 | 61 | CRUISER 3-16-9H | 27274 |
| 42 | 61 | DIAMONDBACK 3-21H | 25823 |
| 43 | 62 | CRUISER 2-16-9H | 20551 |
| 43 | 62 | CRUISER 4-16-9TFH | 28003 |
| 43 | 62 | CRUISER 5-16-9TFH | 28004 |
| 43 | 62 | DIAMONDBACK 2-21H | 20346 |
| 44 | 63 | SUBMARINER FEDERAL 1-23-24H | 19368 |
| 45 | 69 | VAGABOND 1-27H | 19207 |
| 45 | 69 | WATER MOCCASIN 4-34-TFH | 19208 |
| 46 | 70 | GOBLIN 1-26H | 19000 |
| 46 | 70 | REVOLVER 1-35H | 19047 |
| 47 | 72 | OSPREY FEDERAL 1-26-25-30H | 18749 |
| 48 | 74 | REVOLVER 2-35H | 22340 |
| 48 | 74 | REVOLVER 7-35TFH | 29144 |
| 48 | 74 | SERPENT FEDERAL 1-36-31H | 21570 |
| 49 | 77 | SERPENT FEDERAL 2-36-31H | 24514 |
| 49 | 77 | SERPENT FEDERAL 4-36-31TFH | 24771 |
| 50 | 78 | MUSKRAT FEDERAL 2-28-33H | 20267 |
| 51 | 79 | MUSKRAT FEDERAL 1-28-33H | 19255 |
| 52 | 80 | RIPPER 1-22H | 18407 |
| 53 | 83 | ORCA FEDERAL 1-23-26H | 19916 |
| 53 | 83 | TEMPEST 1-14H | 18119 |
| 53 | 83 | TEMPEST 3-14H | 27493 |
| 54 | 84 | GENESIS 1-13H | 18188 |
| 55 | 86 | GENESIS 2-13H | 19486 |
| 55 | 86 | LOON FEDERAL 1-24-25H | 19485 |
| 56 | 88 | PHOENIX 1 SLH | 29983 |
| 56 | 88 | PHOENIX 2-18H | 22229 |
| 56 | 88 | VIXEN FEDERAL 1 SLH | 29435 |
| 56 | 88 | VIXEN FEDERAL 2-19-30H | 22228 |
| 57 | 89 | PHOENIX 1-18H | 18925 |

Appendix A

Well Pads on Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 57 | 89 | VIXEN FEDERAL 1-19-30H | 18924 |
| 58 | 90 | NIGHTCRAWLER 2-17H | 18954 |
| 58 | 90 | NIGHTMAKER 3-17-8H | 28479 |
| 58 | 90 | NIGHTMAKER 5-17-8TFH | 28478 |
| 59 | 91 | NIGHTCRAWLER 1-17H | 16872 |
| 62 | 94 | BANDIT 2-29H | 19665 |
| 62 | 94 | MAMBA 2-20H | 19664 |
| 63 | 95 | BANDIT 3-29H | 25317 |
| 63 | 95 | MAMBA 3-20H | 25316 |
| 64 | 96 | MAMBA 1-20H | 17567 |
| 65 | 97 | BANDIT 1-29H | 17459 |
| 68 | 103 | PROWLER 1-16H | 16855 |
| 69 | 105 | PAYARA 1-21H | 17336 |
| 70 | 106 | PAYARA 2-21H | 18368 |
| 70 | 106 | PROWLER 2-16H | 18428 |
| 71 | 107 | VOYAGER 1-28H | 17349 |
| 72 | 108 | PAYARA 3-21H | 25546 |
| 72 | 108 | VOYAGER 3-28H | 25547 |
| 73 | 109 | LUNKER FEDERAL 2-33-4H | 23105 |
| 74 | 110 | LUNKER FEDERAL 1-33-4H | 18499 |
| 74 | 110 | VOYAGER 2-28H | 18495 |
| 75 | 111 | CANNONBALL FEDERAL 1-27-34H | 18170 |
| 75 | 111 | SAUGER FEDERAL 1-22H | 18717 |
| 76 | 112 | CANNONBALL FEDERAL 2-27-34H | 20099 |
| 76 | 112 | CANNONBALL FEDERAL 3-27-34H | 21038 |
| 76 | 112 | SAUGER FEDERAL #3-22H | 21039 |
| 77 | 113 | SAUGER FEDERAL 2-22H | 20107 |
| 78 | 114 | SHAD RAP FEDERAL 1-2-3H | 18750 |
| 79 | 116 | WALLEYE FEDERAL 1-12-11H | 25496 |
| 79 | 116 | WALLEYE FEDERAL 3-12-11TFH | 25495 |
| 79 | 116 | WALLEYE FEDERAL 4-12-11TF2H | 26268 |
| 81 | 122 | SHAKAFOX 5-28-21TFH | 29996 |
| 113 | 199 | PROSPECTOR 1-36H | 17163 |
| 132 | 242 | WOMBAT 1-25H | 17595 |
| 147 | 15A | RAINMAKER FEDERAL 10-36-25TF2H | 29151 |
| 147 | 15A | SNIPER FEDERAL 1 SLH | 28219 |
| 147 | 15A | ZEPHYR 1-36H | 18364 |
| 148 | 15B | STALLION 1-1-12H | 18180 |
| 148 | 15B | STALLION 6-1-12TFH | 28220 |
| 149 | 16A | MACCOUGAR 2-30-19H | 23890 |
| 149 | 16A | MACCOUGAR 3-30-19H | 26604 |
| 149 | 16A | MACCOUGAR 4-30-19TFH | 23891 |

Appendix A

Well Pads on Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 149 | 16A | MACCOUGAR 5-30-19TFH | 23889 |
| 150 | 16B | WHIRLWIND 3-31H | 27618 |
| 150 | 16B | WHIRLWIND 6-31TFH | 27619 |
| 151 | 24A | JERIYOTE 4-32-5TFH | 24896 |
| 151 | 24A | JERIYOTE 5-32-5TFH | 24897 |
| 152 | 24B | MOOKA 2-29-20TFH | 20810 |
| 152 | 24B | MOOKA 3-29-20TFH | 24217 |
| 152 | 24B | MOOKA 4-29-20H | 24218 |
| 153 | 28A | COYOTE 1-32H | 18220 |
| 153 | 28A | JERICHO 1-5H | 17801 |
| 154 | 28B | JERICHO 2-5H-TF | 18792 |
| 155 | 2A | HOWITZER FEDERAL 5 SLTFH | 29859 |
| 155 | 2A | RIVER RAT FEDERAL 3-23-14H | 25183 |
| 155 | 2A | RIVER RAT FEDERAL 4-23-14TFH | 25185 |
| 155 | 2A | RIVER RAT FEDERAL 7-23-14TFH | 25184 |
| 155 | 2A | SKYBOLT FEDERAL 1 SLH | 29959 |
| 156 | 2B | JUGARD FEDERAL 2-26-35H | 25811 |
| 156 | 2B | JUGARD FEDERAL 6-26-35TFH | 25812 |
| 167 | 66A | MUSTANG 1-22H | 18872 |
| 167 | 66A | NEPTANG 4-22-15TFH | 27236 |
| 167 | 66A | NEPTANG 6-22-15TFH | 27239 |
| 168 | 66B | WATERBOND 3-27-34H | 27240 |
| 168 | 66B | WATERBOND 4-27-34TFH | 27237 |
| 168 | 66B | WATERBOND 6-27-34TFH | 27238 |
| 169 | 67A | NEPTANG 5-22-15TFH | 24873 |
| 169 | 67A | NEPTANG 7-22-15TFH | 24874 |
| 169 | 67A | WATERBOND 7-27-34TFH | 23768 |
| 170 | 67B | WATERBOND 2-27-34H | 21453 |
| 170 | 67B | WATERBOND 5-27-34TFH | 23769 |