Appendix B

Wells Outside the Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 38 | 57 | ARMADA FEDERAL 1-14-13H | 19010 |
| 60 | 92 | NIGHTMAKER 4-8-17TFH | 27312 |
| 60 | 92 | PEACEMAKER 2-8H | 26120 |
| 60 | 92 | PEACEMAKER FEDERAL 1 SLH | 30319 |
| 61 | 93 | PEACEMAKER 1-8H | 17579 |
| 66 | 101 | PATHFINDER 3-9H | 23599 |
| 67 | 102 | PATHFINDER 1-9H | 16845 |
| 67 | 102 | PATHFINDER 2-9H | 23638 |
| 80 | 120 | ANN NELSON FEDERAL #1-31-30H | 21676 |
| 82 | 123 | ATHENA 2-36H | 21408 |
| 82 | 123 | ATHENA 5-36TFH | 22168 |
| 83 | 125 | ATHENA 4-36TFH | 22170 |
| 84 | 126 | ATLAS #1-16-21H | 22331 |
| 85 | 128 | BANSHEE 1-1H | 17820 |
| 86 | 129 | BANSHEE 2-1H | 18309 |
| 87 | 131 | BARNSTORMER FEDERAL #1-3-10H | 21234 |
| 88 | 139 | BONANZA 1-21-16H | 19572 |
| 89 | 143 | CATAPULT 1-30H | 16848 |
| 90 | 149 | CONDOR 1-36-25H | 19742 |
| 91 | 150 | CROSSBOW 1-7-6H | 19869 |
| 92 | 154 | CYCLONE 1-21-16H | 19483 |
| 93 | 155 | DAGGER 1-10H | 20147 |
| 94 | 156 | DAGGER 2-10H | 22246 |
| 95 | 161 | DRONE 1-34-27H | 20151 |
| 96 | 164 | FEDERAL 1-7 | 10267 |
| 97 | 165 | FEDERAL 2-1R | 13552 |
| 98 | 166 | FEDERAL 5-1 | 10852 |
| 99 | 169 | GABRIEL 3-36-25H | 21250 |
| 100 | 170 | GOLDEN EYE 1-2H | 17175 |
| 101 | 171 | GOLDEN EYE 2-2H | 18252 |
| 102 | 174 | HATCHET FEDERAL 1-23-14H | 22353 |
| 103 | 178 | JACKAL 1-17H | 17076 |
| 104 | 180 | KAHUNA 1-7-6H | 20509 |
| 105 | 183 | MAGNUM 1-36-25H | 22247 |
| 106 | 184 | MAGNUM 2-36-25H | 22249 |
| 106 | 184 | MAGNUM 3-36-25H | 22731 |
| 107 | 187 | MAVERICK FEDERAL 1-14 | 16488 |
| 108 | 189 | MENACE 1-17-20H | 20922 |
| 109 | 192 | PANTHER 1-29-20H | 22040 |
| 110 | 194 | PESEK 10-12 | 9906 |
| 111 | 196 | PIRANHA 1-4H | 16920 |
| 112 | 198 | PROBE 1-19-30HMB | 20896 |
| 112 | 198 | SCOUT 1-18-7H | 20897 |

Appendix B

Wells Outside the Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 114 | 203 | RAVEN 1-13H | 17479 |
| 115 | 205 | RJL DUDLEY KIMBERLY   14-18 HZ | 13719 |
| 116 | 206 | RJL GCRL KIMBERLY   4-8 HZ | 13902 |
| 117 | 214 | SORCERER 1-14-15H | 21076 |
| 118 | 217 | STAMPEDE 1-36-25H | 18992 |
| 119 | 218 | STAMPEDE 2-36-25H | 21067 |
| 120 | 219 | STAPP  1-12 | 10516 |
| 121 | 221 | STILETTO FEDERAL 1-29H | 16041 |
| 122 | 223 | STINGRAY FEDERAL 1-32H | 16401 |
| 123 | 224 | TABOO 1-25-36H | 21025 |
| 124 | 225 | THOR 1-31-30H | 21909 |
| 125 | 227 | TURBO 1-21-16H | 19812 |
| 126 | 228 | TURBO 2-21-16H | 21463 |
| 127 | 231 | USA  33-23-154 | 27493 |
| 128 | 236 | WHITMORE 1-6H | 17303 |
| 129 | 237 | WHITMORE 1-7H | 17354 |
| 130 | 240 | WOLVERINE FEDERAL #1-31-30H | 21397 |
| 130 | 240 | WOLVERINE FEDERAL 5-31-30TFH | 23108 |
| 131 | 241 | WOLVERINE FEDERAL 2-31-30H | 23109 |
| 131 | 241 | WOLVERINE FEDERAL 4-31-30TFH | 21398 |
| 133 | 258 | GABRIEL 2-36-25H | 23536 |
| 134 | 268 | MAUSER FEDERAL 1-18-17TFH | 23893 |
| 134 | 268 | MAUSER FEDERAL 4-18-17TFH | 25432 |
| 134 | 268 | MAUSER FEDERAL 7-18-17H | 25433 |
| 135 | 272 | PHAZOR 1-1-12H | 23151 |
| 136 | 283 | AMBUSH 1-31-30H | 19707 |
| 137 | 292 | RUM RUNNER 1-16-9H | 26107 |
| 138 | 340 | GOLDENBAN 2-2-1MLH | 26103 |
| 139 | 352 | BILLABONG 2-13-14HBK | 24794 |
| 139 | 352 | BLACKDOG 3-13-14H | 24796 |
| 139 | 352 | SAIL AND ANCHOR 4-13-14HBK | 24795 |
| 140 | 358 | JORE FEDERAL 2-12H | 28747 |
| 141 | 359 | ANN NELSON Federal 2-31-30H | 22409 |
| 141 | 359 | ANN NELSON Federal 3-31-30H | 22410 |
| 142 | 370 | ATHENA 1-36H | 18712 |
| 143 | 124A | ATHENA 3-36H | 22164 |
| 144 | 124B | ATHENA 6-36TFH | 22165 |
| 145 | 147A | COLT 1-16H | 18068 |
| 146 | 147B | POLARIS 1-21H | 17385 |
| 157 | 345A | BOOTLEG 4-14-15TFH | 27912 |
| 157 | 345A | BOOTLEG 5-14-15TFH | 27911 |
| 158 | 345B | IRONBANK 4-14-13TFH | 28054 |
| 158 | 345B | IRONBANK 5-14-13TFH | 28053 |

Appendix B

Wells Outside the Fort Berthold Indian Reservation

| Tank System # | Pad # | Well Name | NDIC File Number |
|---|---|---|---|
| 159 | 346A | BOOTLEG 6-14-15TFH | 27914 |
| 159 | 346A | BOOTLEG 7-14-15TFH | 27915 |
| 159 | 346A | BOOTLEG 8-14-15TF2H | 29022 |
| 160 | 346B | IRONBANK 6-14-13TFH | 28979 |
| 160 | 346B | IRONBANK 7-14-13TFH | 28980 |
| 161 | 347A | COOPERS 2-15-14HBK | 26019 |
| 162 | 347B | LITTLE CREATURE 1-15-14H | 26698 |
| 162 | 347B | TOOHEYS 4-15-14HBK | 26020 |
| 163 | 348A | MATILDA BAY 1-15H | 27635 |
| 164 | 348B | MATILDA BAY 2-15H | 27636 |
| 165 | 349A | E RENNERFELDT 1-13H | 27075 |
| 166 | 349B | E RENNERFELDT 2-13H | 27076 |