# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Slawson Exploration Company, Inc., ) | |
| ) | Case No. 1-16-cv-413 |
| Defendant. ) | |

Before the court is a motion for attorney Eric R. Olson to appear *pro hac vice* on the Defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Olson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Olson has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 7) is **GRANTED**. Attorney Olson is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge